UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ENCAR ARNOLD,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES MARSHAL SERVICE, et al.,<br><br>        Defendants. | Case No. 22-cv-09186-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Donna M. Ryu for consideration of whether the case is related to *Arnold v. United States Marshals Service,* 21-cv-09738-DMR.

**IT IS SO ORDERED.**

Dated: January 3, 2023

THOMAS S. HIXSON
United States Magistrate Judge